No. 03–8943. KNOX v. CASON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8945. THOMPSON v. HENRY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 03–8953. SHIELDS v. WHITE, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 03–8955. REVELS v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Certiorari denied.

No. 03–8957. HALL v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–8960. SMITH v. AMERICAN HOME PRODUCTS CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8961. ABRON v. RAWERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8966. BISHOP v. BISHOP. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8970. SIMMONS v. TEXAS. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 03–8974. ABDUL-KHABIR, AKA DAVIS v. CHERRY, SUPERINTENDENT, HAMPTON ROADS REGIONAL JAIL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–8975. KELLER v. BAGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8976. ADAMSON v. MAZZUCA, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8983. ANDERSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–8984. THOMPSON v. DISTRICT COURT OF APPEAL OF FLORIDA, FOURTH DISTRICT. C. A. 11th Cir. Certiorari denied.